UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| J & M FURNITURE OUTLET, LLC | CIVIL ACTION NO. 22-cv-719 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| STATE FARM FIRE & CASUALTY CO | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

J & M Furniture Outlet, LLC filed this action in state court against State Farm, and State Farm removed the case based on an assertion of diversity jurisdiction. The notice of removal alleges that the records of the secretary of state indicate that J & M has one member who is a citizen of Louisiana.

The records of the secretary of state for an LLC often do not list all members, and the records are not always current. It is the membership of the LLC (1) at the time the state court suit was filed and (2) on the date of removal that determine citizenship in a diversity case. Coury v. Prot, 85 F.3d 244, 249 (5th Cir. 1996).

To ensure that the court has subject matter jurisdiction, J & M is directed to file a corporate disclosure statement that includes a list of all of its members on the date it filed its state court petition and on the date of removal. The notice must also set forth the citizenship of each member. The rules for alleging the citizenship of an individual, an LLC, or a partnership can be found in Hendricks v. Camping World RV Sales, LLC, 2022 WL 243901 (W.D. La. 2022). To allege the citizenship of a corporation that is a member, J & M will need to allege with specificity (1) the state in which the corporation is

incorporated and (2) the state in which the corporation has its principal place of business. 28 U.S.C. § 1332(c)(1).  The deadline for compliance with this order is **April 4, 2022.**

  THUS DONE AND SIGNED in Shreveport, Louisiana, this 21st day of March, 2022.

Mark L. Hornsby<br>
U.S. Magistrate Judge